**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Dustin Cain Sisk, Stephanie Annette Sisk, and South Carolina Department of Social Services, Respondents,

v.

Moriah S. Bowie and Barry Bowie, Defendants,

Of whom Moriah S. Bowie is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2021-000224

———————————

Appeal From Greenwood County
Matthew P. Turner, Family Court Judge

———————————

Unpublished Opinion No. 2022-UP-079
Submitted February 9, 2022 – Filed February 14, 2022

———————————

**AFFIRMED**

———————————

Michael Stephen Gambrell, of Michael S. Gambrell, LLC, of Greenville, for Appellant.

Jane Hawthorne Merrill, of Hawthorne Merrill Law, LLC, of Greenwood, as the Guardian ad Litem for Appellant.

James Fletcher Thompson, of Thompson Dove Law Group LLC, of Spartanburg, for Respondents Dustin Cain Sisk and Stephanie Annette Sisk.

Sarah M. Coldiron, of South Carolina Department of Social Services, of Newberry; and Dottie C. Ingram, South Carolina Department of Social Services, of Greenville, both for Respondent South Carolina Department of Social Services.

Carson McCurry Henderson, of The Henderson Law Firm, PC, of Greenwood, for the Guardian ad Litem for the children.

---

**PER CURIAM:**  Moriah S. Bowie appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2021).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Bowie's counsel.

**AFFIRMED.**[1]

**THOMAS, MCDONALD, and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.